UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-10029-CR-KING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARAMIS HERNANDEZ-RODRIGUEZ, et al.,

    Defendants.
_____

**O R D E R**

THIS CAUSE is before the Court on **Saidel Roberto Guzman's** Motion to Cancel Bond, Discharge the Obligations of Sureties and Disburse Defendant's Cash Bail (DE 52), which was referred to United States Magistrate Judge, Lurana S. Snow.  Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is DENIED.

DONE AND ORDERED at Key West, Florida, this 21st day of January, 2009.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Kelly Karase (MIA)
Glenn Kritzer, Esq.